Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| In re | ) | Bankruptcy No. 08-24118 RKM |
| | ) | Chapter 7 |
| WILLIAM M. BARRETT and | ) | |
| RAEMONA BARRETT, | ) | **DEPOSIT OF** |
| | ) | **UNCLAIMED FUNDS** |
| Debtors. | ) | |
| | ) | |



Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On October 28, 2009, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 116 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | $210.36 |
| 117 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | $159.30 |

2

2. Said checks have not been submitted for payment, and more than 90 days have elapsed since issuance of said checks.

3. The Trustee has stopped payment on said checks.

4. The unclaimed funds are on deposit in JPMORGAN CHASE BANK, Account No. 312221987966.

5. The last known name and address of payee, to which the check was sent, is listed above.

6. A check in the amount of $369.66 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 28th day of January, 2010.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2010, I served the foregoing Deposit of Unclaimed Funds upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____

ND: 4827-9968-7685, v. 1                    2